FILED IN OPEN COURT
ON 5-3-16 BeH
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-60-1FL
NO. 5:16-CR-60-2FL
NO. 5:16-CR-60-3FL
NO. 5:16-CR-60-4FL
NO. 5:16-CR-60-5FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | SUPERSEDING INDICTMENT |
| v. | ) | |
| | ) | |
| MARCUS LEE WILLIAMS, | ) | |
| CRAIG FRANKLIN WILLIAMS, | ) | |
| JAMES CURTIS DENTON, | ) | |
| MELISSA MOODY GOODWIN, and | ) | |
| ANGELA NICOLE TROGDON, | ) | |
| Defendants. | ) | |

The Grand Jury charges that:

COUNT ONE

On or about November 13 2015, in the Eastern District of North Carolina, MARCUS LEE WILLIAMS, the defendant herein, did knowingly and intentionally possess a listed chemical, to wit: pseudoephedrine, with the intent to manufacture a controlled substance, that being methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(1).

## COUNT TWO

On or about November 13, 2015, in the Eastern District of North Carolina, MARCUS LEE WILLIAMS, the defendant herein, did knowingly and intentionally possess equipment, chemicals, products and material which may be used to manufacture a controlled substance, knowing, intending, and having reasonable cause to believe that they would be used to manufacture a controlled substance, in violation of Title 21, United States Code, Subchapter I, to wit: methamphetamine, a Schedule II controlled substance. All in in violation of Title 21, United States Code, Section 843(a)(6).

## COUNT THREE

On or about November 13, 2015, in the Eastern District of North Carolina, MARCUS LEE WILLIAMS, the defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Case 5:16-cr-00060-FL    Document 23    Filed 05/03/16    Page 2 of 6

## COUNT FOUR

On or about November 13, 2015, in the Eastern District of North Carolina, MARCUS LEE WILLIAMS, the defendant herein, knowingly possessed firearms in furtherance of drug trafficking crimes, for which he may be prosecuted in a court of the United States, as set forth in Counts One, Two, and Three of the Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

Beginning in or about January of 2014, the exact date being unknown, and continuing up to and including on or about the date of the indictment, in the Eastern District of North Carolina, and elsewhere, MARCUS LEE WILLIAMS, CRAIG WILLIAMS, CURTIS DENTON, MELISSA GOODWIN, and ANGELA TROGDON, the defendants herein, did knowingly and intentionally, combine, conspire, confederate, agree and have a tacit understanding with each other and with other persons, known and unknown, to knowingly and intentionally manufacture, distribute, dispense, and possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

Case 5:16-cr-00060-FL    Document 23    Filed 05/03/16    Page 3 of 6

Quantity of Controlled Substance Involved in the Conspiracy

With respect to MARCUS LEE WILLIAMS, CRAIG WILLIAMS, CURTIS DENTON, MELISSA GOODWIN, and ANGELA TROGDON, the amount involved in the conspiracy attributable to each defendant as a result of his or her own conduct and the conduct of other conspirators reasonably foreseeable to him or her, is fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT SIX

On or about March 15, 2016, in the Eastern District of North Carolina, the defendant, CRAIG WILLIAMS, did threaten to assault and murder a Federal law enforcement officer, specifically, a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, with intent to retaliate against said law enforcement officer on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115.

Case 5:16-cr-00060-FL    Document 23    Filed 05/03/16    Page 4 of 6

## FORFEITURE NOTICE

The defendants are given notice that all of their individual interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offenses contained in Counts One, Two, Three, and Five, of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, U.S. Code, §853, any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of the said offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged in the indictment, or any property traceable to such property.

Further, as a result of the offense contained in Count Four of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, U.S. Code, §924(d) and Title 28, U.S. Code, §2461(c), any and all firearms or ammunition involved in or used in a knowing commission of the offense. The property to be forfeited includes, but is not limited to:

FIREARMS

- North American Arms, Model NAA22, .22 caliber revolver (serial # L058493),
- Marlin, Model 39 Century Ltd, .22 caliber rifle (serial # 0640) , and
- all associated ammunition.

Case 5:16-cr-00060-FL   Document 23   Filed 05/03/16   Page 5 of 6

CURRENCY

- $2,890 U.S. Dollars.

If any of the above-described forfeitable property, as a result of any act or omission of any defendant named herein,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, U.S. Code, §853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 5-3-16

JOHN STUART BRUCE
Acting United States Attorney

BY: JASON M. KELLHOFER
Assistant United States Attorney

Case 5:16-cr-00060-FL    Document 23    Filed 05/03/16    Page 6 of 6