IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-60-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| MARCUS LEE WILLIAMS | : |

## FINAL ORDER OF FORFEITURE

WHEREAS, on December 5, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant agreeing to the forfeiture of the property listed in the December 5, 2017 Preliminary Order of Forfeiture, to wit:

<u>FIREARMS</u>

- North American Arms, Model NAA22, .22 caliber revolver (serial number L058493);

- Marlin, Model 39 Century Ltd, .22 caliber rifle (serial number 0640);

- Any and all associated ammunition; and

<u>CURRENCY</u>

$2,992.90 U. S. Dollars.

AND WHEREAS, the Government has advised the Court that the subject $2,992.90 in U. S. currency is not in federal custody, and will not continue its efforts to pursue forfeiture as to this particular asset in this criminal forfeiture action.

AND WHEREAS, in accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as the property forfeited is worth less than $1,000. In addition, as no other potential claimants are known, no direct notice need be provided;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's December 5, 2017 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the remaining property, the subject firearms and ammunition listed in the December 5, 2017 Preliminary Order of Forfeiture, are hereby forfeited to the United States. The United States Department of Justice is directed to dispose of the property according to law, including destruction.

SO ORDERED this 31st day of January, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge